PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT AND RECOMMENDATION OF OFFENDER TERMINATION

| | |
|---|---|
| **Offender Name:** | Antoinette Christine BENNETT |
| **Docket Number:** | 2:02CR00200-01 |
| **Offender Address:** | Carmichael, California (City and State only) |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/30/2002 |
| **Original Offense:** | 18 USC § 1708 - Possession of Stolen Mail<br>(CLASS D FELONY) |
| **Original Sentence:** | 3 years Probation; $1,699.33 restitution; $100 special assessment; Mandatory testing |
| **Special Conditions:** | Warrantless search; Not dissipate assets; Financial restrictions and disclosure; Substance abuse treatment, testing, and copayment; Mental health treatment; Abstain from alcohol; Complete substance abuse residential treatment of 83 days; Participate in Mather Community Campus for minimum of 97 days; Home detention up to 180 days, if not in residential treatment or Mather Community Campus |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 09/30/2002 |
| **Assistant U.S. Attorney:** | Norman Y. Wong     **Telephone:** 916-554-2700 |
| **Defense Attorney:** | Carolyn Wiggin     **Telephone:** 916-498-5700<br>Assistant Federal Defender |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12A1.MRG

RE:   **Antoinette Christine BENNETT**
      **Docket Number:   2:02CR00200-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**

---

The purpose of this report is to advise the Court of the following:

The probationer has completed residential substance abuse treatment, participated for 2 years at the Mather Community Campus in a transitional living environment, attended job training, and obtained employment. For the first 18 months, the probationer received $58 per month in cash assistance for personal items. She has been employed for 1 year, and saved funds to obtain her own apartment in February 2005. Currently, in addition to her monthly living expenses, the probationer's wages are garnished for restitution to the State of California. She has also been ordered to reimburse the State for welfare assistance given to the guardians of her three children. Based on her successful transition to a clean and sober lifestyle and her current financial responsibilities, the probationer has been unable to make payments toward restitution, and has an outstanding balance of $1,699.33. She also has a not paid her special assessment of $100.

**United States Probation Officer Plan/Justification:**  The probation officer will instruct the probationer to pay her $100 special assessment in installments prior to termination of supervision.

RE:     Antoinette Christine BENNETT
        Docket Number:   2:02CR00200-01
        **REPORT OF OFFENDER NON-COMPLIANCE**

It is recommended that Probation be allowed to expire on September 29, 2005 with an outstanding balance of restitution. The Court could extend Probation two more years, but this is not recommended.

Respectfully submitted,

*/s/ Dayna D. Ward*

**DAYNA D. WARD**
**United States Probation Officer**
Telephone: 916-786-2989

**DATED:**   May 20, 2005
             Roseville, California
             DDW/ddw~tdl


**REVIEWED BY**:    */s/ Richard A. Ertola*
                    **RICHARD A. ERTOLA**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( x )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )     Submit a Request for Modifying the Conditions or Term of Supervision.

( )     Submit a Request for Warrant or Summons.

( )     Other:

**May 27, 2005**                          */s/ Frank C. Damrell Jr.*
**Date**                                  **Signature of Judicial Officer**

Rev. 04/2005
PROB12A1.MRG

**RE:   Antoinette Christine BENNETT
Docket Number:   2:02CR00200-01
<u>REPORT OF OFFENDER NON-COMPLIANCE</u>**

cc:   United States Probation
Norman Y. Wong, Assistant United States Attorney
Carolyn Wiggin, Assistant Federal Defender

Attachment:  Presentence Report   (Sacramento only)